

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00880-CR

**EX PARTE** Edgar Ivan **GAITAN CASTRO**

From the County Court, Kinney County, Texas
Trial Court No. 13342CR
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 5, 2025.

_____
Adrian A. Spears II, Justice